# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN ALEXANDER,                      :          CIVIL ACTION
      Petitioner,          :
                      :
      v.                       :          NO.    25-cv-2811
                      :
RANDY EVANS, et al.,                  :
      Respondents.         :

# O R D E R

**AND NOW**, this   25TH   day of June, 2026, upon consideration of Petitioner's Motion for Appointment of Counsel (ECF No. 14) and Respondents' Response thereto (ECF No. 27), it is hereby **ORDERED** that:

(1) Petitioner's Motion (ECF No. 14) is **GRANTED**;[1]

(2) Criminal Justice Act Panel attorney Gina A. Amoriello, Esquire, is appointed as counsel to represent Petitioner in this matter;

(3) Petitioner shall file an Amended Petition for Writ of Habeas Corpus within sixty (60) days of the date of this Order; and

(4) This matter is **STAYED** pending the filing of the Amended Petition.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] In their response, Respondents agree that "the appointment of counsel would benefit both the petitioner and the Court" and therefore do not oppose it, provided that he meets the financial eligibility requirements of 18 U.S.C. § 3006A(a)(2)(B). (*See* Resp., ECF No. 27, at 3-4 & n.4). This Court agrees that "the interests of justice . . . require" appointment given Petitioner's learning disability, enrollment in special education classes throughout his time in school, and several distinct claims. (Mot. to Appoint Counsel, ECF No. 14, at 2-3); *see generally Reese v. Fulcomer*, 946 F.2d 247 (3d Cir. 1991); *see also* 18 U.S.C. § 3006A(a)(2). Moreover, Petitioner has already been granted *in forma pauperis* status in this matter, which required him to submit an affidavit of poverty and a supporting trust fund account statement. (Mot. to Proceed *In Forma Pauperis*, ECF No. 8, at 1; Prisoner Trust Fund Acct. Stmt., ECF No. 9; Order, ECF No. 10). Therefore, the Court grants the instant motion.