**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| ALEXANDER | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| EVANS, et al | : | NO.: 25-cv-2811 |

## O R D E R

**AND NOW**, this **16th day** of **JULY 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned referral judge is reassigned from the calendar of U.S. Magistrate Judge Lynne A. Sitarski to the calendar of U.S. Magistrate Judge Elizabeth L. Toplin for Report and Recommendation.

FOR THE COURT:


WENDY BEETLESTONE
Chief Judge


ATTEST:


 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court